UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARCUS ALAN STEWART,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL L. PORTER, et al.,<br><br>　　　　Defendants. | Case No.:14-cv-05235-LHK<br><br>**ORDER RE CASE FILE AND STAY**<br><br>Re: Dkt. No. 15 |

The Clerk shall administratively close the case file.

The parties shall file a status report by September 2, 2015, as provided for in Judge Lloyd's order granting the parties' stipulation to stay this matter pending the disposition of the related criminal matter. *See* ECF No. 15.

**IT IS SO ORDERED.**

Dated: March 20, 2015

　　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 14-cv-05235-LHK
ORDER RE CASE FILE AND STAY