UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MARCUS ALAN STEWART, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL L. PORTER, et al., <br><br> Defendants. | Case No. 14-CV-05235-LHK <br><br> **ORDER CONTINUING STAY** |

Plaintiff's Attorney: DeWitt Lacy
Defendants' Attorney: Shannon Smyth-Mendoza

    A case management conference was held on December 2, 2015. The case remains administratively closed. The case is stayed pending resolution of the underlying criminal matter. A further case management conference is set for February 3, 2016 at 2:00 p.m. By January 27, 2016, the parties shall file their joint case management statement or a stipulation to extend the stay and continue the case management conference.

**IT IS SO ORDERED.**

Dated: December 2, 2015

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No. 14-CV-05235-LHK
ORDER CONTINUING STAY