1  RICHARD DOYLE, City Attorney (88625)
   NORA FRIMANN, Assistant City Attorney (93249)
2  CHRISTIAN B. NIELSEN, Chief Deputy City Attorney (87972)
   SHANNON SMYTH-MENDOZA, Sr. Deputy City Attorney (188509)
3  Office of the City Attorney
   200 East Santa Clara Street, 16th Floor
4  San José, California  95113-1905
   Telephone Number: (408) 535-1900
5  Facsimile Number:  (408) 998-3131
   E-Mail Address:  cao.main@sanjoseca.gov
6
   Attorneys for Defendants:
7  MICHAEL L. PORTER and PETER A SZEMEREDI

8  JOHN L. BURRIS (69888)
   DeWITT M. LACY (258789)
9  The Law Offices of John L. Burris
   Airport Corporate Center
10 7677 Oakport St., Suite 1120
   Oakland, CA 94621
11 Telephone Number: (510) 839-5200
   Facsimile Number: (510) 839-3882
12 dewitt.lacy@johnburrislaw.com

13 Attorneys for Plaintiff:
   MARCUS ALAN STEWART
14

15                           UNITED STATES DISTRICT COURT

16                          NORTHERN DISTRICT OF CALIFORNIA

17                                  SAN JOSE DIVISION

18 | MARCUS ALAN STEWART, an individual, | Case Number:  14-CV-05235 LHK |
19 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS PENDING OUTCOME OF CRIMINAL MATTER** |
20 | v. | |
21 | MICHAEL L. PORTER, individually and in his capacity as an officer for the San Jose Police Department; PETER A. SZEMEREDI, individually and in his capacity as an officer for the San Jose Police Department; DOES 1-10, inclusive, individually and in their capacities as officers for the San Jose Police Department, | |
26 | Defendants. | |

27   The parties are reporting back to the court following the court's order of January 28,
28 2016 continuing the stay and prior to the Case Management Conference currently set for

1

May 4, 2016.

    The parties ask the court to continue the stay of proceedings for another 45 days. Plaintiff's state court criminal case has not resolved and is currently set for trial on May 16, 2016  It is anticipated that some form of resolution of the criminal case will occur by the end of the first week of June 2016.

    Defendants' counsel is unavailable from June 9, 2016 through June 20, 2016 and request that the continued Case Management Conference be rescheduled to a date no earlier than June 21, 2016.

Respectfully submitted,

Dated:  April 26, 2016    RICHARD DOYLE, City Attorney

By:    /s/ Shannon Smyth-Mendoza
      SHANNON SMYTH-MENDOZA
      Senior Deputy City Attorney

Attorneys for Defendants:
MICHAEL L. PORTER and PETER A SZEMEREDI

Dated:  April 26, 2016    LAW OFFICES OF JOHN L. BURRIS

By:    /s/ DeWitt M. Lacy
      DEWITT M. LACY

Attorneys for Plaintiff:
MARCUS ALAN STEWART

    I attest that Plaintiff's counsel has read and approved this document, and given consent to the filing of the same with the Court.

Respectfully submitted,

Dated: April 26, 2016    RICHARD DOYLE, City Attorney

By:    /s/ Shannon Smyth-Mendoza
      SHANNON SMYTH-MENDOZA
      Senior Deputy City Attorney

Attorneys for Defendants:
MICHAEL L. PORTER and PETER A SZEMEREDI

**ORDER**

Good cause appearing the Court orders the entire civil action is stayed for an additional 45 day period subject to an extension that will be based on information provided by law enforcement or Plaintiff's counsel in the criminal matter. The parties are ordered to return to Court on June 29, 2016 at 2 p.m.

Dated April 26, 2016

_____
HON. LUCY H. KOH
United States District Court Judge